# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 16-03012-01-CR-S-RK |
| **DENNIS PRINCE,** | |
| Defendant. | |

## MOTION FOR DETENTION

Comes now the United States of America, by and through Tammy Dickinson, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and hereby moves this Court to order the detention of the defendant, **DENNIS PRINCE**, and states the following in support of the motion:

1. An indictment has been filed charging the defendant with receipt and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

"(E) any felony that is not otherwise a crime of violence that involves a minor victim… ."

3. Title 18, United States Code, Section 3142(e) mandates, subject to rebuttal, "it shall be presumed that no conditions or combination of conditions will reasonably assure the appearance of a person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that there is probable cause to believe that the person committed—(E) an offense involving a minor victim under section 2252(a)(2)… of this title."

4. In late 2013, members of the Southwest Missouri Cybercrimes Task Force, on multiple occasions, downloaded child pornography from a computer using the ARES peer-to-peer file sharing network. The internet protocol address used by the target computer was later determined to have been registered to the defendant.

5. On July 1, 2015, FBI TFO Jeff Burnett contacted the defendant and questioned him with regard to the 2013 investigation. The defendant confessed that he had downloaded child pornography "out of curiosity."

6. This case involves a minor victim. See 18 U.S.C. § 3142(g)(1).

7. The evidence against the defendant is overwhelming. See 18 U.S.C. § 3142(g)(2).

Wherefore, based upon the foregoing, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place upon the defendant that would reasonably assure the defendant's appearance in Court and the

safety of the community. The Government therefore requests that a detention hearing be held and that the defendant be detained pending trial of this matter.

          Respectfully submitted,

          Tammy Dickinson
          United States Attorney

By:   */s/ James J. Kelleher*_____
      James J. Kelleher
      Assistant United States Attorney
      Missouri Bar No. 51921

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 25, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

>*/s/ James J. Kelleher*
>James J. Kelleher
>Assistant United States Attorney